UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : <br> OF THE UNITED STATES OF AMERICA : <br> FOR AN ORDER AUTHORIZING THE : <br> INSTALLATION AND USE OF A PEN : <br> REGISTER AND TRAP AND TRACE : <br> DEVICE ON TELEPHONE NUMBER : <br> 737-881-4304 : | MISC. NO. 20-mc-88 <br><br> **(UNDER SEAL)** |

## APPLICATION

I, Jessica M.P. Thornhill, an Assistant United States Attorney for the Middle District of Louisiana, hereby apply to the Court for an Order authorizing the installation and use of a pen register and trap and trace device (such as caller identification) on telephone number 737-881-4304 ("Subject Telephone"). According to information obtained from T-Mobile in response to a Federal Bureau of Investigation ("FBI") administrative subpoena, the subscriber information for the Subject Telephone is as follows: the service provider for the Subject Telephone is T-Mobile; the subscriber information on the Subject Telephone is Isel Escalante, 2411 Friendship Drive Austin, Texas 78754. Based on information received during the course of the investigation, **OLIVIA GUZMAN ESPARZA**, aka "La Senora" ("**GUZMAN**"), is known to be a user of the Subject Telephone. In support of this application, I state the following:

1. I am an "attorney for the government" as defined in Rule 1(b)1 of the Federal Rules of Criminal Procedure, and, therefore, pursuant to 18 U.S.C.§ 3122, may apply for an Order authorizing the installation and use of a pen register or trap and trace device.

1

2. I certify that the Federal Bureau of Investigation ("FBI") is conducting a criminal investigation of **GUZMAN**, and others both known and unknown, of 21 U.S.C. § 841(a)(1) (distribution of controlled substances).  I further certify that it is believed that one or more of the subjects is using or calling the Subject Telephone.  I further certify that the information likely to be obtained from the requested pen register and trap and trace device is relevant to the ongoing efforts to investigate the distribution of controlled substances.

3. This Court is a "court of competent jurisdiction" under 18 U.S.C. § 3122(a)(2) because it "has jurisdiction over the offense being investigated." 18 U.S.C. § 3127(2)(A)(i).

4. I request that the Court issue an Order authorizing the installation and use of a pen register to record the numbers dialed or pulsed from the Subject Telephone, to record the dates and times of such dialings and pulsings, and to record the length of time the telephone receiver in question is off the hook for outgoing calls for a period of sixty (60) days from the date of the Court's Order.

5. I further request that the Court issue an Order authorizing the installation and use of a trap and trace device (such as caller identification) on the Subject Telephone to capture the incoming electronic or other impulses which identify the originating number of any wire or electronic communication, and the dates, times, and duration of such incoming impulses for a period of sixty (60) days from the date of the Court's Order.

6. I further request that the Order direct that T-Mobile furnish forthwith all information, facilities, and technical assistance necessary to accomplish the installation and operation of the pen register and trap and trace device unobtrusively and with minimum

interference with the services that the provider is according the persons with respect to whom the installation and use is to take place.   T-Mobile will be compensated by the FBI for reasonable expenses incurred in providing such facilities and technical assistance.

7. I further request that the Order direct that the results of the trap and trace device be furnished by T-Mobile to Special Agents of the FBI at reasonable intervals during regular business hours for the duration of the Order.

8. I further request that this application and the Court's Order be sealed, and that the Court direct T-Mobile and its agents and employees not to disclose to the subscriber of Subject Telephone, or any other person, the existence of the pen register and trap and trace device, this application, the Court's Order, or this investigation, unless otherwise ordered by Court.

WHEREFORE, it is respectfully requested that the Court grant an Order for a period not to exceed sixty (60) days: (1) authorizing the installation and use of a pen register and a trap and trace device (such as caller identification) on the Subject Telephone; (2) directing T-Mobile to furnish results of the trap and trace device to Special Agents of the FBI at reasonable intervals during regular business hours; (3) directing T-Mobile to forthwith furnish agents of the FBI all information, facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively and with minimum interference with the services that the provider is according the persons with respect to whom the installation and use is to take place; and (4) sealing this application and the Court's Order and directing T-Mobile and its agents and employees not to disclose to the subscriber of the

3

Subject Telephone, or any other person, the existence of the pen register and trap and trace device, this Application, the Court's Order, or this investigation, unless otherwise ordered by Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of July, 2020, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ Jessica M.P. Thornhill
Jessica M.P. Thornhill, LSBN 34118
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jessica.thornhill@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | |
| FOR AN ORDER AUTHORIZING THE : | MISC. NO. 20-mc-88 |
| INSTALLATION AND USE OF A PEN : | |
| REGISTER AND TRAP AND TRACE : | **(UNDER SEAL)** |
| DEVICE ON TELEPHONE NUMBER : | |
| 737-881-4304 : | |

**ORDER**

This matter coming before the Court pursuant to an application by Jessica M.P. Thornhill, an attorney for the Government, under 18 U.S.C. § 3122, which application requests an Order under 18 U.S.C. § 3123, authorizing the installation and use of a pen register and trap and trace device (such as caller identification) on telephone number 737-881-4304 ("Subject Telephone"). According to information obtained from T-Mobile in response to a Federal Bureau of Investigation ("FBI") administrative subpoena, the subscriber information for the Subject Telephone is as follows: the service provider for the Subject Telephone is T-Mobile; the subscriber information on the Subject Telephone is Isel Escalante, 2411 Friendship Drive Austin, Texas 78754. Based on information received during the course of the investigation, **OLIVIA GUZMAN ESPARZA,** aka "La Senora" ("**GUZMAN**"), is a known user of the Subject Telephone.

THE COURT HEREBY FINDS that the applicant has certified that the information likely to be obtained by the installation and use of a pen register and a trap and trace device

(such as caller identification) on the Subject Telephone is relevant to an ongoing criminal investigation into violations of 21 U.S.C. § 841(a)(1) (distribution of controlled substances) by **GUZMAN**, and others both known and unknown.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that agents of the Federal Bureau of Investigation ("FBI") may install and use a pen register to register numbers dialed or pulsed from the Subject Telephone, record the dates and times of such dialings or pulsings, and record the length of time the telephone receiver in question is off the hook for outgoing calls, all for a period of sixty (60) days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123, that T-Mobile shall install a trap and trace device (such as caller identification) on the Subject Telephone to capture the incoming electronic or other impulses which identify the originating number of any wire or electronic communication and the dates, times, and duration of such incoming impulses, all for a period of sixty (60) days from the date of this Order;

IT IS FURTHER ORDERED that the geographic limits of the Order with respect to the trap and trace devices are the geographic limits of the United States;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(b)(2), that T-Mobile shall furnish to agents of the FBI forthwith all information, facilities, and technical assistance, necessary to accomplish the installation of the pen register and trap and trace device unobtrusively and with minimum interference with the services that the provider is according the persons with respect to whom the installation and use is to take place;

IT IS FURTHER ORDERED that the results of the trap and trace device be furnished to Special Agents of the FBI at reasonable intervals during regular business hours for the duration of the Order;

IT IS FURTHER ORDERED that T-Mobile be compensated by the FBI for reasonable expenses incurred in complying with this Order; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d), that this Order and the application be sealed until otherwise ordered by the Court, and that T-Mobile and its agents and employees shall not disclose the existence of the pen register and trap and trace device or the existence of the application, this Order, or the investigation to the subscriber of the Subject Telephone, or to any other person, unless or until otherwise ordered by the Court.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
SCOTT D. JOHNSON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA